DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.; ET AL | Plaintiff (s) / Petitioner (s) |
| – vs – | |
| MARIA PAULINO; ET AL | Defendant (s) / Respondent (s) |

Trans. #: 20072622
Date Filed:
Docket/Index #: 07 CIV 8853
Witness Fee: $0.00
File: No    Court Date:
Client Ref #:

STATE OF NEW YORK: COUNTY OF SUFFOLK  : SS:

<u>William Morrison</u>, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>November 8, 2007</u> at <u>01:50 PM</u>, at <u>8 WEST TREMONT AVENUE, APT. B, BRONX  NY 10453</u>
deponent served the within <u>SUMMONS, COMPLAINT, RULE 7.1 , INDIVIDUAL JUDGES RULES</u>
on <u>MARIA PAULINO</u> defendant therein named.

**INDIVIDUAL** [X]
By personally delivering to and leaving with said <u>MARIA PAULINO</u> a true copy thereof,
And that he knew the person so served mentioned and described in said <u>SUMMONS, COMPLAINT, RULE 7.1 . INDIVIDUAL JUDGES RULES</u>
Defendant was identified by self admission

**CORPORATION** [ ]
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** [ ]
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents _____ within the state of New York.

**AFFIXING TO DOOR, ETC.** [ ]
By affixing a true copy thereof to the door of the said premises, the same being the defendant's _____ within the State of New York.

**MAILING** [ ]
Deponent completed service under the last two sections by depositing a true copy of the _____
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____ to the Above Address

**PREVIOUS ATTEMPTS** [ ]
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>58</u> Approximate weight <u>205</u> Approximate height <u>5'6"</u>  Sex <u>Male</u>
Color of skin <u>BROWN</u>  Color of Hair <u>BLACK</u>  Other _____

[X] Deponent spoke with Person Served _____ who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_____
William Morrison  870436

Sworn to before me this  11/14/2007

_____

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2011

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
  Plaintiff,
V.

MARIA PAULINO, Individually, and d/b/a ANA
COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT, and
ANA COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,
  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8853**
**JUDGE BUCHWALD**

TO: (Name and address of Defendant)

MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT
8 West Tremont Avenue, Apt. B
Bronx, New York   10453-5403

Our File No. 07-4-S17

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York   12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

OCT 1 2 2007

DATE