DISTRICT COURT OF THE UNITED STATES

SOUTHERN DISTRICT

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC.; ET AL | Plaintiff (s) | Trans. #: 20072623 |
| ~ vs ~ | Petitioner (s) | Date Filed: |
| | | Docket/Index #: 07 CIV 8853 |
| | | Witness Fee: $0.00 |
| MARIA PAULINO; ET AL | Defendant (s) | File: No    Court Date: |
| | Respondent (s) | Client Ref #: |

STATE OF NEW YORK: COUNTY OF SUFFOLK  : SS:

William Morrison  , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 8, 2007 at 01:50 PM , at  8 WEST TREMONT AVENUE , BRONX  NY 10453
deponent served the within  SUMMONS, COMPLAINT, RULE 7.1 , INDIVIDUAL JUDGES RULES
on ANA COFFEE SHOP A/K/A  MARIA PAULINO RESTAURANT A/K/A ANNA RESTAURANT  defendant therein named.

**INDIVIDUAL**
☐

By personally delivering to and leaving with said _____ a true copy thereof,

And that he knew the person so served mentioned and described in said_____

Defendant was identified by self admission

**CORPORATION**
☒ X

By delivering to and leaving with MARIA PAULINO  at  8 WEST TREMONT AVENUE , BRONX , NY 10453 , and that he
knew the person so served to be the AUTHORIZED AGENT  of the corporation, AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
☐

By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said
premise being the defendants / respondents        within the state of New York.

**AFFIXING TO DOOR, ETC.**
☐

By affixing a true copy thereof to the door of the said premises, the same being the defendant's        within the State of New York.

**MAILING**
☐

Deponent completed service under the last two sections by depositing a true copy of the _____
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office
in the State of New York, on _____ to the Above Address

**PREVIOUS ATTEMPTS**
☐

Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age 58 Approximate weight 205 Approximate height 5'6" Sex Female

Color of skin BROWN  Color of Hair BLACK  Other _____

☐

Deponent spoke with        who confirmed non-military status of the defendant. The person spoken to stated the defendant was not
in the military service of the United States government or on active duty in the military service in the state of New York.

_____
William Morrison 870436

Sworn to before me this 11/15/2007

_____

Robert Gillis
NOTARY PUBLIC State of New York
No. 01GI6083096
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 12, 20 10

AO 440  (Rev. 8/01) Summons in a Civil Action       ORIGINAL

# UNITED STATES DISTRICT COURT

Southern _____    District of _____ New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                        Plaintiff,
                V.

MARIA PAULINO, Individually, and d/b/a ANA
COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT, and
ANA COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,
                        Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

07 CIV 8853
JUDGE BUCHWALD

TO: (Name and address of Defendant)

ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT
8 West Tremont Avenue
Bronx, New York  10453              Our File No. 07-4-S17

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                       OCT 1 2 2007

CLERK _____     DATE _____

(By) DEPUTY CLERK