ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                              Plaintiff,

   -against-

MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT,
                            Defendants.
---------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No. 07-cv-08853
Hon. Naomi Reice Buchwald

STATE OF NEW YORK :
                     : SS.:
COUNTY OF ULSTER   :

      JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

      1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq*.  A copy of the Summons and Complaint was served on Defendant, **MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT, and ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT** as set forth in the proof of service by William Morrison, ECF

Documents No.3 and 4.

1. The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired.  Defendants **MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT, and ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT,** have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents.  Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) **MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT, and ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT,** be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: January 14, 2008
         Ellenville, NY 12428                                  /S/ Julie Cohen Lonstein
                                                               Julie Cohen Lonstein
Sworn to before me this 14th                                   Bar Roll No. JL8512
day of November, 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*