ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

                                    Plaintiff,

        -against-

MARIA PAULINO, Individually, and d/b/a ANA
COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,

                                    Defendants
-------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-cv-08853
Hon. Naomi Reice Buchwald

      The undersigned certifies that on the 14th day of January 2008 your deponent served the following documents by regular mail:

    1) Request for Default
    2) Affidavit in Support of Request for Default
    3) Clerk's Certificate
    4) ECF #4 Conference Order

on the following:

Ana Coffee Shop
8 West Tremont Avenue
Bronx, NY 10453

Maria Paulino
8 West Tremont Ave
Apt. B
Bronx, NY 10453

                                                        /s/ Julie Cohen Lonstein
                                                        Julie Cohen Lonstein