ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program

                       Plaintiff,

   -against-

MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT

                       Defendants.
---------------------------------------------------------------

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**
Civil Action No.07-cv-08853
Hon. Naomi Reice Buchwald

      **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to on the 24th day of January 2008, in support of said application and the exhibits attached thereto, Plaintiff moves this Court for an order granting the entry of default judgment against the Defendants jointly and severally as follows:

**Against, MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT**

    1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)   and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED NINETY DOLLARS AND SIXTY TWO CENTS ($690.62)

**Against, ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT**

1)   under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)   and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)   and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED NINETY DOLLARS AND SIXTY TWO CENTS ($690.62)

Dated: January 24, 2008
　　　　Ellenville, NY  12428　　　　　　　　LONSTEIN LAW OFFICE, P.C.

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Julie Cohen Lonstein
　　　　　　　　　　　　　　　　　　　　　　　　Julie Cohen Lonstein
　　　　　　　　　　　　　　　　　　　　　　　　Bar Roll No.  JL8521
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　1 Terrace Hill; PO Box 351
　　　　　　　　　　　　　　　　　　　　　　　　Ellenville, NY 12428
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  845-647-8500
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:   845-647-6277