ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

        Plaintiff,

 -against-

MARIA PAULINO, Individually, and d/b/a ANA
COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,
           Defendants.
-----------------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Action No. 07-cv-08853
Hon. Naomi Reice Buchwald

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, **MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT, and ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT**, were served with a copy of the Complaint and Summons on November 8, 2007.

I further certify **MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT, and ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT**, have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:            , New York

    JAN 15, 2008              J. MICHAEL McMAHON
                                          Clerk

                                  By: _____
                                          Deputy Clerk