ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                                        Plaintiff,

                                                        **ATTORNEY'S AFFIDAVIT OF COSTS**
                                                        **AND FEES**
        -against-                                       Civil Action No.07-cv-08853
                                                        Hon. Naomi Reice Buchwald

MARIA PAULINO, Individually, and d/b/a ANA
COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,

                        Defendants.

--------------------------------------------------------------
STATE OF NEW YORK :
                    : SS.:
COUNTY OF ULSTER  :

        JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

        1.      That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above

referenced matter and I am admitted to practice in this Court. I am fully familiar with all the

facts, circumstances and proceedings heretofore had herein.

        2.      I make this affidavit in support of Plaintiff's motion for default judgment and

damages, costs and fees.

        3.      Plaintiff's litigation expenses as associated with the formation, pleading and filing

of the above captioned matter are as outlined below:

                a.      Filing Fees -   $350.00

    b.     Service of Process - $200.00
           Attached hereto as Exhibit "A," please find invoice from Signal Auditing,
           Inc., reflecting the cost of service upon the Defendants.

    c.     Attorneys Fees - $831.25
           See below

Total Litigation Expenses ..............................($1,381.25)

4.     Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal

time spent are as follows:

| Date | Action | (in hours) | Fee | |
|------|--------|------------|-----|---|
| 06/08/2007 | Factual research and development | .50 | $100.00 | Atty |
| 06/08/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 07/10/2007 | TC from Defendant | .12 | $25.00 | Atty |
| 07/16/207 | Review Ltr. from Defendant | .13 | $25.00 | Atty |
| 07/20/2007 | Demand Letter Issued | .25 | $18.75 | Para |
| 07/20/2007 | Factual research | .25 | $50.00 | Atty |
| 10/10/2007 | Complaint drafted, Corporate disclosure | .50 | $300.00 | Atty |
| 10/10/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 11/01/2007 | Arranged Service | .25 | $18.75 | Para |
| 12/03/2007 | Review Ltr from Defendant | .12 | $25.00 | Atty |
| 12/17/2007 | Review Service | .13 | $25.00 | Atty |
| 12/18/2007 | Filed and mailed Proofs of Service | .25 | $18.75 | Para |
| 08/24/2007 | Review Order | .12 | $25.00 | Atty |
| 01/14/2008 | Drafting Request for Default | .50 | $100.00 | Atty |
| 01/14/2008 | Filed and mailed Request For Default | .50 | $37.50 | Para |
| 01/17/2008 | Review Clerk's Certificate | .13 | $25.00 | Atty |

| 01/24/2008 | Drafted Motion for Default | 1.0 | $200.00 | Atty |
|---|---|---|---|---|
| | | **Hours**<br>**3.5 Atty**<br>**1.75 Para** | **Fee**<br>**$700.00**<br>**$131.25** | |
| | | **Total** | **$831.25** | |

5.      As part of its factual research, Plaintiff's Counsel conducted a search of the New

York State Division of Alcoholic Beverage Control State Liquor Authority. The results show

that Maria Paulino is Principal of Ana Coffee Shop. The Public Query Results page is attached

hereto as Exhibit "B".

6.      The auditor during the course of her investigation took a brief video which shows

shows commentator Lennox Lewis talking into the microphone Attached hereto as Exhibit C is a

copy of the auditors' video. Lennox Lewis is a commentator for HBO-PPV, attached hereto as

Exhibit 'D', is a biography of Lennox Lewis from HBO-PPV website. Lennox Lewis was a

commentator for the May 5, 2007 De La Hoya/ Mayweather event.

7.      We respectfully request that judgment be entered in favor of Plaintiff and against

the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion
grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the
Defendants jointly and severally as follows:

**Against, MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA
PAULINO RESTAURANT a/k/a ANNA RESTAURANT**

1)      under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN
        THOUSAND DOLLARS ($10,000.00)

2)      and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE

HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)      and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED NINETY DOLLARS AND SIXTY TWO CENTS ($690.62)

**Against, ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT**

1)      under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)      and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)      and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED NINETY DOLLARS AND SIXTY TWO CENTS ($690.62)

Dated: January 24, 2008
       Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone:  845-647-8500
Facsimile:  845-647-6277

Sworn to before me this 24th
day of January 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Exhibit A

# Invoice

Mountain Support Services

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|------|-----------|
| 12/3/2007 | 1170 |

| Bill To |
|---------|
| Lonstein Law Office, PC
Wayne D Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428 |

| Description | Amount |
|-------------|--------|
| INDIVIDUAL SERVICE
J&J v. MARIA PAULINO
YOUR FILE #07-4-S17
CV #07-8853 | 100.00 |
| **Total** | **$100.00** |

Mountain Support Services

# Invoice

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|------|-----------|
| 1/3/2008 | 1195 |

| Bill To |
|---------|
| Lonstein Law Office, PC<br>Wayne D Lonstein<br>1 Terrace Hill<br>P.O. Box 351<br>Ellenville, NY 12428 |

| Description | Amount |
|-------------|--------|
| CORPORATE SERVICE<br>J&J v. ANA COFFEE SHOP<br>YOUR FILE #07-4-S17<br>CV#07-8853 | 100.00 |
| | |
| **Total** | $100.00 |

Exhibit B



**NEW YORK STATE**

Division of Alcoholic Beverage Control
State Liquor Authority

Eliot Spitzer
Governor

Noreen Healey
Commissioner

Joshua B. Toas
CEO

Daniel B. Boyle
Chairman

Home

Office Directory

Licensing
Information

Online Licensing

Forms Download

**Public License
Query**

Wholesale

Full Board
Calendar

500 Foot Hearings

Press Office

Enforcement

Training
Information

FAQs

ABC Law

Mission Statement

Privacy

Security

Help

## Public Query – Results

### License Information

**Serial Number:** 1004358

**License Type:** RESTAURANT WINE

**License Status:** License is Active

**Credit Group:** 4

**Filing Date:**

**Effective Date:** 10/01/2006

**Expiration Date:** 09/30/2007

### Premises Information

**Principal's Name:**

**Premises Name:** MARIA PAULINO

**Trade Name:** ANA COFFEE SHOP

**Zone:** 1

**Address:** 8 W TREMONT AVENUE
STORE #B
BRONX, NY 10453

**County:** BRONX

---

You can select one of the following links to perform another search:

- **Search by Name**
- **Search by License Number**
- **Search by Location**
- **Search by Principal**

Exhibit "C"

.See video Disk in
hard copy of courtesy Copies

Exhibit "D"



HOME | SERIES | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | MOBILE | SHOP F

Boxing Home          Fighters              Phot
Upcoming Fights      Commentators         Mob
Past Fights          Community            Dow
On-Air Specials      Features

# BIOS



## LENNOX LEWIS

updated May 25, 2006

Lennox Lewis accomplished more in one boxing career than most people can imagine.
And his decision to retire as the reigning heavyweight champion of the world in 2004
re-affirmed that this is a man who makes decisions for himself and sticks to his
principles.

The former undisputed heavyweight champ, who retired with a career mark of 41-2-
1, 32 KOs, is the new expert commentator for the HBO BOXING AFTER DARK series.
It marks his first full-time announcing venture. The exclamation point on his ring
career came in June of 2002 when in the highest grossing pay-per-view fight in
history, Lewis totally outclassed challenger Mike Tyson in Memphis, Tenn. The
extraordinary event generated two million pay-per-view buys.

Along with Muhammad Ali and Evander Holyfield, Lennox makes up a legendary trio
of boxers who have captured the heavyweight championship on three separate
occasions. Lewis defeated out some of the top boxers of the modern era, including
Tyson, Holyfield, and Vitali Klitschko. "The Lion" was on the receiving end of one KO
to Hasim Rahman in 2001, which he shortly avenged with a knockout of his own.

Before turning pro Lewis tallied an impressive amateur record of 85-9 which he
capped with a gold medal at the 1988 Seoul Olympics. Lennox earned the medal for
Team Canada by defeating another future world heavyweight champion in Riddick
Bowe.

Born in England, Lennox remains active in the boxing community and advocates
increased safety measures for fighters in and out of the ring. He and his family reside
in Miami, Florida.

# ALL BIOS

### COMMENTATORS

Jim Lampley

Larry Merchant

Max Kellerman

Emanuel Steward

Harold Lederman

Bob Papa

Lennox Lewis

### COLUMNISTS

Ron Borges

Bert Sugar

Compubox

William Dettloff

Nat Gottlieb

# EVENTS

**PPV:** Trinidad vs. Jones

**BAD:** Povetkin vs. Chambei

**PPV:** Pavlik vs. Taylor II

**WCB:** Klitschko vs. Ibragim

---

HBO INFO    JOBS AT HBO    CONTACT US    TAKE CONTROL    SITE INDEX    SCHEDULE PDF    REGISTER/SIGN

> Privacy Policy    > Terms of Use

© 2008 Home Box Office, Inc. All Rights Reserved.