ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                              Plaintiff,

    -against-

MARIA PAULINO, Individually, and d/b/a ANA
COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT
                              Defendants.
-----------------------------------------------------------

**RULE 54(b) STATEMENT**
Civil Action No.07-cv-08853
Hon. Naomi Reice Buchwald

      Plaintiff, J & J Sports Productions, Inc., as and for its Statement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure hereby states as follows:

      There is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay, as the defaulting Defendants are the only remaining Defendants in this case.

Dated: January 24, 2008
       Ellenville, NY  12428

LONSTEIN LAW OFFICE, P.C.

By:   /s/Julie Cohen Lonstein
     Julie Cohen Lonstein
     Bar Roll No.  JL8521
     Attorney for Plaintiff
     1 Terrace Hill; PO Box 351
     Ellenville, NY 12428
     Telephone:  845-647-8500
     Facsimile:   845-647-6277