ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                  Plaintiff,

   -against-

MARIA PAULINO, Individually, and d/b/a ANA
COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO
RESTAURANT a/k/a ANNA RESTAURANT
                Defendants
-------------------------------------------------------------

**STATEMENT FOR JUDGMENT**
Civil Action No.07-cv-08853
Hon. Naomi Reice Buchwald

**Principal Amount**.................................................................................$   110,000.00

**Costs:**

    Filing Fees (per Defendant)........................................................$       175.00

    Process Server (per Defendant)..................................................$       100.00

    Attorney's Fee (per Defendant).................................................$       415.62

**TOTAL (Per Defendant)**........................................................................$   110, 690.62

    ***BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT***

LONSTEIN LAW OFFICE, P.C.

By:  /s/  Julie Cohen Lonstein
      Julie Cohen Lonstein
      Bar Roll No. JL8521
      Attorney for Plaintiff
      1 Terrace Hill; PO Box 351
      Ellenville, NY 12428
      Telephone:  845-647-8500
      Facsimile:   845-647-6277