ECF CASE
JUDGE BUCHWALD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program

                  Plaintiff,

  -against-

MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT,

and

ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT
                  Defendants
----------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No.07-cv-08853
Hon. Naomi Reice Buchwald

The undersigned certifies that on the 25th   day of January 2008, your deponent served the following documents by Certified Mail Return Receipt Requested:

    Notice of Motion for Default
    Default Judgment
    Attorney Affidavit of Cost and Fees
    Plaintiff's Affidavit
    Memorandum of Law
    Statement for Judgment
    Rule 54b Statement
    Clerk Certificate of Default
    Certificate of Service

on the following:
Ana Coffee Shop
8 West Tremont Avenue
Bronx, NY 10453

Maria Paulino
8 West Tremont Ave
Apt. B
Bronx, NY 10453

                                                          /s/ Julie Cohen Lonstein
                                                            Julie Cohen Lonstein