

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,      :
As Broadcast Licensee of the
May 5, 2007 DeLaHoya/Mayweather Program,:
                                     :
               Plaintiff,            :        DEFAULT JUDGMENT
                                     :
        - against -                  :
                                     :        07 Civ. 8853 (NRB)
MARIA PAULINO, Individually, and d/b/a
ANA COFFEE SHOP a/k/a MARIA PAULINO  :
RESTAURANT a/k/a ANNA RESTAURANT
                                     :
               Defendants.
------------------------------------x
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Amended Summons and Complaint in this action having been duly served upon Defendants **MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT, and ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT**, on November 8, 2007, and said Defendants having failed to plead or otherwise appear in this action

**NOW,** on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED AND ADJUDGED** that J&J Sports Production, Inc., the Plaintiff, does recover jointly and severally of **MARIA PAULINO, Individually, and d/b/a ANA COFFEE SHOP a/k/a MARIA PAULINO RESTAURANT a/k/a ANNA RESTAURANT**, the sum of $4,400.00, plus

$690.62 attorney's fees and costs and disbursements, amounting in all to the sum of $5090.62; and that the Plaintiff have execution therefor.

Dated:   New York, New York
         February 21, 2008

                                               /s/ Naomi Reice Buchwald
                                               NAOMI REICE BUCHWALD
                                               UNITED STATES DISTRICT JUDGE